No. A–33.  O'HAIR ET AL. v. HILL ET AL.  C. A. 5th Cir. Application for preliminary injunction, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1162 (79–1815).  SALOB v. AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.  Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–52 (80–5263).  BULLWINKLE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Application for stay, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. 79–8.  UNITED STATES v. RADDATZ, 447 U. S. 667;

No. 79–343.  SUN SHIP, INC. v. PENNSYLVANIA ET AL., 447 U. S. 715;

No. 79–394.  UNITED STATES v. WARD, DBA L. O. WARD OIL & GAS OPERATIONS, ante, p. 242;

No. 79–6334.  ATTWELL v. UNDERCOFLER, CHIEF JUSTICE, SUPREME COURT OF GEORGIA, ET AL., 446 U. S. 955;

No. 79–6362.  DOBBERT v. FLORIDA, 447 U. S. 912; and

No. 79–6592.  WILKERSON v. WILKERSON ET AL., 447 U. S. 935.  Petitions for rehearing denied.

SEPTEMBER 3, 1980

No. 80–4.  MITSUBISHI INTERNATIONAL CORP., INC. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON (BRS, INC., REAL PARTY IN INTEREST).  C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 4, 1980

No. 79–6781.  PADGETT v. UNITED STATES.  C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.